STEVEN F. GRUEL (CSBN 213148)
Attorney for defendant MARIO PACETTI

655 Montgomery Street, Suite 1700
San Francisco, California 94111
(415)989-1253(o); (415)576-1442(f)
attystevengruel@sbcglobal.net

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA, | Case No.: CR-40127-DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO PERMIT PRETRIAL TRAVEL |
| Vs. | |
| MARIO PACETTI, | |
| Defendant. | |

STIPULATION TO PERMIT PRETRIAL TRAVEL

Defendant Mario Pacetti hereby requests permission to modify his conditions of pretrial release to permit travel Wisconsin from March 10, 2006 to March 13, 2006. Assistant United States Attorney Geroge Bevan and Pretrial Services officer Betty Kim have no objection to this travel request. While Wisconsin, the defendant will stay at his brother's home at 9312 Riverview Dr. Fremont, WI and can be reached at telephone number (920) 446-3864.

SO STIPULATED:

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL    - 1

Dated: 3/8/06

Steven F. Gruel
Attorney for Mario Pacetti

Dated: 3/10/06

George Bevan
Assistant United States Attorney

[PROPOSED] ORDER PERMITTING PRETRIAL TRAVEL

PURSUANT TO THE ABOVE STIPULATION, defendant Mario Pacetti's pretrial release conditions are hereby modified to permit travel to Wisconsin from March 10, 2006 to March 13, 2006.

IT IS SO ORDERED.

Dated: 3/14/2006



Honorable Wayne D.
Judge Bernard Zimmerman

STIPULATION AND [PROPOSED]
ORDER TO PERMIT PRETRIAL TRAVEL   - 2